# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANICE MCSWAIN, ANDRAE PAUL, MATTHEW MALLORY, AGER CHEELY, GREGORY B. CHAPPELL, DARNELL DAVIS, MICHAEL TATUM, JEREMY SNOW, JACKIE KNOX AND OTHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>GARDA CL SOUTHEAST, INC.,<br><br>Defendant. | CIVIL ACTION FILE<br>NO. 1:12-cv-01955-TCB |

## ▬▬▬▬▬ ORDER APPROVING SETTLEMENT AGREEMENTS AND DISMISSING CASE WITH PREJUDICE

This case involves claims under the Fair Labor Standards Act, 29 U.S.C § 201, *et seq*. This matter is before the Court upon the Joint Motion for Approval of Settlement Agreements And For Order Of Dismissal With Prejudice ("Joint Motion") of the parties for the approval of their compromise and settlement of this action.

The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission

of a violation of the Fair Labor Standards Act, willful, intentional, or otherwise. The Court has reviewed the Parties' Joint Motion and the draft Settlement Agreements submitted under seal. The Court is of the opinion that there are *bona fide* disputes over application of the relevant provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*. In light of these legitimate disputes, the Court is of the opinion that the parties' Settlement Agreements reflect a fair and reasonable resolution of these *bona fide* disputes. Consequently, the Court ORDERS as follows:

1. The Court GRANTS the parties' Joint Motion.

2. The Court APPROVES the form of the Settlement Agreements and directs that the proposed Settlement Agreements be retained "under seal" to protect Defendant's confidentiality concerns.

3. The Court APPROVES the monetary distribution as to Plaintiffs and Plaintiffs' counsel as described in the Settlement Agreements and ORDERS Defendant to make payments accordingly.

4. This case is hereby DISMISSED WITH PREJUDICE with each party to bear his, her or its own expenses and attorneys' fees as provided in the Settlement Agreements.

5. The Court RETAINS JURISDICTION over this matter for the purposes of enforcing the terms of the Parties' Settlement Agreements.

DONE and ORDERED this __3rd__ day of _____January_____, 2013.

_____
Timothy C. Batten, Sr.
UNITED STATES DISTRICT JUDGE